UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.

ECONOMIC DEVELOPMENT AND INDUSTRIAL )
CORPORATION OF BOSTON, )
                Plaintiff )
)
v. )
)
UMICORE USA INC., )
                Defendant )

## VERIFIED COMPLAINT

### INTRODUCTION

The Economic Development and Industrial Corporation of Boston brings this action against Umicore USA Inc. as obligor under lease for past due rent in the amount of five hundred sixty-four thousand eight hundred eighty-two dollars and sixty-six cents ($564,882.66) and for additional damages due under the Lease, as set forth below.

### PARTIES

1. Plaintiff Economic Development and Industrial Corporation of Boston ("EDIC"), a body corporate and politic established under Chapter 1097 of the Acts of 1971, as amended.

2. Defendant Umicore USA Inc. ("Umicore") is a Delaware Corporation with a principal place of business located at 3120 Highwoods Blvd., Suite 110, Raleigh, North Carolina.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter because Plaintiff and Defendant are residents of different states and the amount in controversy exceeds $75,000.00. Venue is proper in this Court because the leased property is located in this judicial district.

## FACTS

4. On or about June 16, 1995, EDIC, as landlord, entered into a lease with South Boston Semiconductor Inc. d/b/a Semiconductor Processing Company, as tenant, for commercial space on the 7th floor of Building Number 32 at 12 Channel Street, within the Boston Marine Industrial Park, 600 Summer Street, Boston, Massachusetts. Exhibit 1, the "Lease".

5. On or about August 8, 1996, EDIC consented to the assignment of the Lease to Umicore, then known as Union Miniere Inc. Exhibit 1A, 1996 Consent to Assignment.

6. On or about February 9, 2007, EDIC consented to the assignment of the Lease to Semiconductor Processing Company, Inc. ("Tenant-in-Possession"). Exhibit 1B, 2007 Consent to Assignment.

7. The 2007 Consent to Assignment provided that Umicore would remain fully obligated under the Lease. (See paragraph 1 of 2007 Consent to Assignment and page 17, ¶¶ 6.1 and 6.1 (O) of the Lease.)

8. Umicore and the Tenant-in-Possession have failed to make rental payments to EDIC pursuant to Articles 4.1 and 4.2 of the Lease, as amended.

9. The failure to pay rent is a default under Article 8.1 of the Lease.

10. On or about June 16, 2009, EDIC sent a Notice of Default to Umicore and the Tenant-in-Possession. Exhibit 2.

11. As of June 30, 2012 Umicore and the Tenant-in-Possession have failed to pay past due rent in the amount of five hundred sixty-four thousand eight hundred eighty-two dollars and sixty-six cents ($564,882.66), as specified in the Billing History attached hereto as Exhibit 3.

## CLAIM FOR RELIEF

## BREACH OF CONTRACT OF INDEMNITY

12. Plaintiff realleges and incorporates by reference every allegation contained in paragraphs 1-11.

13. Under the 2007 Consent to Assignment Umicore agreed to remain fully obligated under the Lease.

14. Under the 2007 Consent to Assignment Umicore owes EDIC for all past due rent as specified in the Billing History, attached hereto as Exhibit 3, and for all other remedies due to EDIC pursuant to the Lease, including, without limitation, administrative fees for late payment, attorney's fees, and holdover rent.

**WHEREFORE**, Plaintiff demands judgment in its favor and prays that this Court:

  a. Award EDIC monetary damages for all past due rent that is owed as specified in the Billing History;

  b. Award EDIC monetary damages for all administrative fees due pursuant to the Lease;

  c. Award EDIC monetary damages for all holdover rent due pursuant to the Lease;

  d. Award EDIC statutory interest and costs of this action;

  e. Award EDIC its reasonable attorneys' fees; and

  f. Grant such other and further relief as this Court deems just.

Respectfully submitted,

Economic Development and Industrial
Corporation of Boston

By its attorneys,

Date:   July 20, 2012

_____
Denise A. Chicoine (BBO # 564152)
Debra C. Leggett (BBO# 633456)
ENGLANDER, LEGGETT & CHICOINE, P.C.
44 School St., Suite 800
Boston, MA  02108
(617) 723-7440

4

## Verification

I, Hugo P. Solis, Esq., in-house counsel for the Economic Development and Industrial Corporation of Boston, being first duly sworn, state that I have read this Complaint and reviewed the exhibits attached hereto. The statements herein are true, based on the business records of the Economic Development and Industrial Corporation of Boston or my personal knowledge. The exhibits attached hereto are true and accurate copies of the business records of the Economic Development and Industrial Corporation of Boston.

_____
Hugo P. Solis, Esq.